C. CLARK, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Decision Filed November 21, 1923.

This case was decided by Division B.

A Writ of Error to the Criminal Court of Record for Orange County; T. Picton Warlow, Judge.

*Newell & Boyer*, for Plaintiff in Error;

*Rivers Buford*, Attorney General, and *J. B. Gaines*, Assistant Attorney General, for the State.

PER CURIAM.—The evidence as to the guilt of the accused is circumstantial, and is of such a nature that a new trial should be granted.

Reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.